In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00269-CR
NO. 09-16-00270-CR

_____

**ALEXANDER RIDEAUX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause Nos. 08-5098, 09-5684

**MEMORANDUM OPINION**

Appellant Alexander Rideaux attempts to appeal the trial court's failure to grant his motion, in which he asked the trial court to rescind its order that required payment of court costs, fees, and fines from Rideaux's inmate trust fund account. On August 17, 2016, we informed Rideaux that he had not established that the trial court entered an appealable order, and we notified Rideaux that we would dismiss the appeals unless we received a response that establishes that an appealable order

was entered. *See* Tex. R. App. P. 44.3. Rideaux filed a response, but he failed to establish that an appealable order was entered. Accordingly, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

APPEALS DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on September 20, 2016
Opinion Delivered September 21, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.